**Exhibit A**

# Exhibit A

Date: Tue, 5 Apr 2005 13:46:55 -0500
To: Peebles <epeebles@verizon.net>
From: Steven Lewers <slewers@tiac.net>
Subject: Re: new copyright information
Cc:
Bcc:
Steve,
I just needed to let you know that the State of Florida lawyers finally got everything approved
for me to claim copyright to all of the Fishing Lines illustrations. That means that anyone that
used the illustrations while they were considered public domain can continue to use them
without penalty, but any new uses have to be approved by me and will require payment of a
usage fee. I wanted to let you know in case you are planning any further folding guides.
Thanks,
Diane
///ouch.. but good for you, Diane. When does all of this go into effect? I'm just about to finish
the next fish guide in the Series.. Fishes of the New England Coast, as well as a new poster that
makes some use of your Florida PD images. May these two be last ones where I still have PD
rights?
///gonna be hard to put the genie back in the bottle? I would think so.
//Diane I've been meaning to send you samples of the gift cards I mentioned to you when we met
at your house last year. A number of them make use of these same images. Have a look:
http://www.foldingguides.com/giftcards.html
I'll get off some samples to you so you can see how well your iamges look when printed digitally
( needed to do that to be able to customize the cards with "namedrops."
///Yikes, just wrapping my head around the repercussions of what you just told me. Steve
--
Steven Lewers & Associates Publishers of FoldingGuides☐
28 Howard St.
P.O. Box 60
Wilton, NH 03086
(For orders, remittance, information)
voice: (603) 654-7648
fax: (800) 872-3048
e-mail: slewers@tiac.net
info@foldingguides.com
web: http://www.foldingguides.com/

Exhibit A