# Exhibit B

## 11. July 4, 2007

Date: Wed, 04 Jul 2007 09:14:32 -0400
From: Peebles <epeebles@verizon.net>
Subject: Re: xx your shark illustrations
To: Steven Lewers <slewers@tiac.net>
X-ELNK-Received-Info: spv=0;
X-ELNK-AV: 0
X-ELNK-Info: sbv=0; sbrc=.0; sbf=0b; sbw=000;

Steve,

Actually, this would be about the worst time to approach Dr. Castro - there is a big mess with regard to rights and publishing at the moment. We are getting close to finishing, but not there yet.

We need to talk at some point regarding your use of my illustrations. Years ago there was an error with the state regarding the copyrights to them, and people were using them as if they were public domain, but as of 2 years ago, the state lawyers recognized the mistake and have agreed that I do in fact own copyright to the illustrations. I have been systematically corresponding with people already using them without credit or authorization, and all new use is subject to usage fees/royalties. Maybe we could fashion something similar to the agreement you have with Ernie Simmons.

With regard to the shark illustrations, I'll let you know when the situation clears a bit.

Diane


At 09:00 AM 7/4/2007, you wrote:
Diane,

Hope this finds you well.

I get so many calls for a shark FoldingGuide™ and a poster, I'm wondering if you think the time may be right to approach Dr. de Castro. The pitch would be simple: a short little reference that would in no way compete with the magnum opus you two are working on.

Is the book finished, by the way?

Let me know. Regards, Steve
--